IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEM FINANCIAL SERVICES, LLC d/b/a NORTHWESTERN MUTUAL – PITTSBURGH and CRAIG FIEDLER, <br><br> Plaintiffs, <br><br> v. <br><br> TANIA JEROME, <br><br> Defendant. | Case No. 21-119 |

**~~PROPOSED~~ ORDER**

AND NOW, this __28th__ day of __September__ 2023, upon consideration of the Stipulation of Dismissal with Prejudice by Plaintiffs KEM Financial Services, LLC d/b/a Northwestern Mutual – Pittsburgh and Craig Fiedler, and the Defendant, Tania Jerome, it is hereby ORDERED, ADJUDGED, and DECREED that the Stipulation is GRANTED. Plaintiffs' Verified Complaint [ECF 1] is dismissed with prejudice. The parties to bear their own fees and costs.

J. _____

The Honorable Kim R. Gibson